Michael Dore
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Defendant*
*West-Ward Pharmaceuticals Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC., et al., <br><br> Plaintiffs, <br><br> -v- <br><br> WEST-WARD PHARMACEUTICAL CORPORATION, <br><br> Defendant. | Civil Action No. 3:11-CV-02276-MLC-DEA <br><br><br> **SUPPLEMENTAL CERTIFICATION OF CLARK G. SULLIVAN, ESQ.** |

CLARK G. SULLIVAN, of full age, certifies:

1. I am a partner with the law firm Arnall Golden Gregory LLP, counsel for Defendant West-Ward Pharmaceutical Corp. ("West-Ward"). I submit this declaration in support of West-Ward's application to have me admitted *pro hac vice* in connection with the above-captioned action.

2. My office address and telephone numbers are as follows:

   Clark Sullivan
   Arnall Golden Gregory LLP
   171 17th Street, NW
   Suite 2100
   Atlanta, Georgia 30363-1031
   Tel. 404-873-8500
   clark.sullivan@agg.com

3. I received a Juris Doctor from Georgia State University, College of Law in 1991 and a Bachelor of Chemical Engineering from Georgia Institute of Technology in 1987.

3077051v1

4. I was admitted to the Bar of the State of Georgia in 1991. Brinda Lovvorn, Director of the Membership Department of the State Bar of Georgia located at 104 Marietta Street, NW, Suite 100, Atlanta, Georgia 30303, maintains the roll of the members of the State Bar of Georgia. I am also admitted in the United States District Court for the Northern District of Georgia in 1991, the United States Court of Appeals for the Eleventh Circuit in 1993, and the United States Court of Appeals for the Federal Circuit in 2004. I am a member in good standing before each.

5. I am not currently, nor have I even been, under suspension or disbarment or subject to any disciplinary proceedings before any court.

6. I acknowledge that I have a continuing obligation during the period of my admission to this Court to promptly advise the Court of the disposition of pending charges or of the institution of new disciplinary proceedings.

7. I am associated in this matter with Michael Dore, Esq. of Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, New Jersey 07068.

8. If admitted *pro hac vice*, I will comply with all of the requirements of *L. Civ. R.* 101.1, including (i) making payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court; and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

9. I also acknowledge that I am within the disciplinary jurisdiction of this Court if admitted *pro hac vice*.

      I certify that the forgoing statements are true, and I understand that I am subject to punishment should those statements be willfully false.

                                            Respectfully Submitted,

                                            */s/ Clark G. Sullivan*
                                            Clark G. Sullivan

Date: May 20, 2011