UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUTUAL PHARMACEUTICAL COMPANY, INC.; AR SCIENTIFIC, INC.; and AR HOLDING COMPANY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WEST-WARD PHARMACEUTICAL CORPORATION, <br><br> Defendant. | Civil Action No. 11-2276 (MLC)(DEA) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

**NOTICE** is hereby given by the plaintiffs, by and through their counsel, that all claims against defendant West-Ward Pharmaceutical Corporation, in the above-captioned matter, are hereby dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice to renew, and without costs to any party.

Dated: May 26, 2011

William H. Trousdale
Brian M. English
Tompkins, McGuire, Wachenfeld & Barry, LLP
Four Gateway Center
100 Mulberry Street, Suite 5
Newark, New Jersey 07102-4070

Michael J. Klisch (*Of Counsel*)
Erich E. Veitenheimer (*Of Counsel*)
Tryn T. Stimart (*Of Counsel*)
COOLEY LLP
777 6th Street, N.W.
Suite 1100
Washington, DC 20001
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
mklisch@cooley.com
eveitenheimer@cooley.com
tstimart@cooley.com

Michael G. Rhodes (*Of Counsel*)
COOLEY LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2181
Facsimile: (415) 693-2222
rhodesmg@cooley.com

*Attorneys for Plaintiffs*
*Mutual Pharmaceutical Company,*
*AR Scientific, Inc. and AR Holding*
*Company, Inc.*